IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:13-CR-105-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| MARK THOMAS BOWE, | ) | |
| | ) | |
| Defendant. | ) | |

On August 9, 2018, Mark Thomas Bowe ("Bowe" or "defendant") requested early termination of his supervised release [D.E. 42]. On October 1, 2018, the government responded in opposition [D.E. 43].

The court may terminate a term of supervised release at any time after the expiration of one year of supervised release. See 18 U.S.C. § 3583(e)(1). Termination is appropriate if the court "is satisfied that such action is warranted by the conduct of the defendant released and the interest of justice." Id.

Although Bowe has successfully completed more than one year of supervised release, the court is not satisfied that the interests of justice warrant early termination. Under the terms of the judgment, Bowe owes $604,550.69 in restitution to the victims of his offense. [D.E. 37] 5. Although Bowe has made regular payments of $150 per month, Bowe still owes $599,128 to his victims. Bowe's remaining term of supervision provides a strong incentive for Bowe to remain compliant with his restitution obligation and his other obligations to the court. Early termination of supervised release would not serve the interests of justice.

In sum, Bowe's motion [D.E. 42] is DENIED.

SO ORDERED. This 4 day of October 2018.

                                                                             JAMES C. DEVER III
                                                                             Chief United States District Judge